Jones, J

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
NEREYDA RAMIREZ,                :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :   STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :   08 Civ. 4988 (BSJ)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff, pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 8, 2008 to and including November 7, 2008.  This extension is requested

to allow the Social Security Administration sufficient time to evaluate its litigation position in this case. No previous extension has been granted in this case.

Dated: New York, New York
       August 11, 2008

/s/ Nereyda Ramirez
NEREYDA RAMIREZ
Plaintiff Pro Se
1010 Soundview Avenue
Apt. #1E
Bronx, New York  10472
Telephone No: (718)893-5601

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: /s/ Susan C. Branagan
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

/s/ Barbara S. Jones
UNITED STATES DISTRICT JUDGE

8/26/08