UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NEREYDA RAMIREZ,

            Plaintiff,

       v.                      08 Civ. 4988(BSJ)

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,    ORDER

            Defendant.
------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    After having reviewed Magistrate Judge Katz's Report and Recommendation dated August 20, 2009, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, the Commissioner's motion for judgment on the pleadings is granted and the case is dismissed with prejudice.

**SO ORDERED:**

                                               _____
                                               BARBARA S. JONES
                                               UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
            October 13, 2009